# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **FREDDIE C. JACKSON,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | **CIVIL NO. 08-cv-555-JPG** |
| ) | |
| **MASSAC COUNTY, ILLINOIS,** ) | |
| ) | |
| Respondent. ) | |

## MEMORANDUM AND ORDER

**GILBERT, District Judge:**

Before the Court is a document (Doc. 1) that has been construed as a petition for writ of habeas corpus, filed pursuant to 28 U.S.C. § 2254. It appears that Petitioner is attempting to challenge some aspects of a criminal proceeding against him in Massac County, Illinois, but that is the only thing that is marginally clear. Accordingly, Petitioner has failed to state a upon which relief may be granted, and the petition is **DISMISSED** without prejudice.

**IT IS HEREBY ORDERED** that Petitioner is **GRANTED** leave to file a new petition on the appropriate forms in compliance with this order within **THIRTY (30) DAYS** of entry of this order. The Clerk is **DIRECTED** to provide Petitioner with a sufficient number of the appropriate forms.

**IT IS FURTHER ORDERED** that upon conclusion of the thirty-day period, should Petitioner fail to file a new petition, this case will be closed for failure state a claim upon which relief may be granted.

**IT IS SO ORDERED.**

**Dated: September 11, 2008**

                                                 **s/ J. Phil Gilbert**
                                                 **U. S. District Judge**