# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| FREDDIE C. JACKSON, | ) |
| Petitioner, | ) ) ) |
| vs. | ) CIVIL NO. 08-cv-555-JPG |
| MASSAC COUNTY, ILLINOIS, | ) ) ) |
| Respondent. | ) |

## MEMORANDUM AND ORDER

**GILBERT, District Judge:**

The Court dismissed the petition for failure to state a upon which relief may be granted, but gave Petitioner leave to file a new petition within thirty days of entry (Doc 3). Subsequently, Petitioner submitted a letter with three attached exhibits (Doc. 4), but no new petition has been filed as directed.

**IT IS THEREFORE ORDERED** that this case is **DISMISSED** with prejudice for failure state a claim upon which relief may be granted.

**IT IS SO ORDERED.**

Dated: November 5, 2008.

s/ J. Phil Gilbert
U. S. District Judge